1494

## MOTION DOCKET

**92-1199.** MCI Telecommunications Corp. v. Limbach. Board of Tax Appeals, No. 88–G–1137. On motion for leave to file amended reply brief instanter. Motion granted.

**92-1682.** Hyde v. Reynoldsville Casket Co. *Ashtabula County*, No. 91–A–1660. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers instanter. Motion granted.
MOYER, C.J., A.W. SWEENEY and WRIGHT, JJ., dissent.

**92-2114.** Staehle v. Staehle. *Franklin County*, No. 91AP–1523. On motion for leave to file motion for rehearing and for extension instanter. Motion denied.

**92-2115.** Wenzel v. Enright. *Franklin County*, No. 92AP–737. On request for oral argument. Request granted.
RESNICK, J., dissents.

**92-2117.** Fletcher v. Fletcher. *Montgomery County*, No. CA 12942. On motion for leave to supplement merit brief. Motion granted.
RESNICK, J., dissents.

**92-2194.** Clark v. Southview Hosp. & Family Health Ctr. *Montgomery County*, Nos. 12845 and 13060. On motion for leave to file *amicus* of Ohio Hospital Association. Motion granted.
MOYER, C.J., dissents.

**92-2254.** State ex rel. Steckman v. Jackson. *Franklin County*, No. 92AP–140. On request for oral argument. Request granted.